IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

IN RE:                                                          CASE NO. 13-32054-LMI
RICARDO FUMERO                                      CHAPTER 13

      **Debtor,**
_____/

## ORDER GRANTING MOTION TO APPROVE LOSS MITIGATION AGREEMENT WITH BANK OF AMERICA

    This matter came before the Court upon the Debtor's Motion to Approve Loss Mitigation Agreement with Bank of America ("Lender").

☒    The Debtor filed the LMM Local Form "Certificate of No Response and Request for Entry of Order" indicating that the Lender or other interested party has failed to file a timely response or objection; **OR**

☐    The Debtor filed a "Certificate of Contested Matter" indicating that a timely response objecting to the motion was filed by the Lender or other interested party, and the Court held a hearing on _____.

☐    The Court held a hearing on _____ upon Self-Represented Debtor's Motion to Approve Loss Mitigation Agreement with Lender.

The Court, having considered the motion and being otherwise fully advised in the premises, it is

**ORDERED** as follows:

1. The Motion to Approve Loss Mitigation Agreement is granted.

2. The parties are authorized to take any and all necessary actions to effectuate the terms of the Agreement.

3. The Debtor shall amend/modify the last filed chapter 13 plan on or before January 31, 2014 to provide for the payment.

4. The Court reserves jurisdiction to enforce the terms of the Agreement and this Order.

###

**Credit Mailing Matrix**
**Case No.: 13-32054-LMI**

| **Office of US Trustee** | **Nancy Neidich Trustee** | **Ricardo Fumero** |
|---|---|---|
| 51 SW 1st Avenue, Ste 1204 | PO Box 279806 | 2304 NW 99 St |
| Miami, FL 33130 | Miramar, FL 33027 | Miami, FL 33147 |

**Bank of America**
C/o Christopher Giacinto
SHAPIRO, FISHMAN & GACHÉ, LLP
4630 Woodland Corporate Blvd., Suite 100
Tampa, FL 33614